**Order entered April 19, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00928-CR
No. 05-15-00929-CR
No. 05-15-00930-CR
No. 05-15-00931-CR
No. 05-15-00932-CR
No. 05-15-00933-CR
No. 05-15-00934-CR
No. 05-15-00935-CR

**GABRIELLE REGINA JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-20157-T, F14-55131-T, F14-55132-T,**
**F14-55133-T, F14-55134-T, F14-75828-T, F14-75829-T, F14-75830-T**

## ORDER

The Court **REINSTATES** the appeals.

On April 1, 2016, we ordered the trial court to make findings regarding the accuracy of a portion of the reporter's record. We **ADOPT** the findings that: (1) the reporter's record filed is inaccurate; (2) Official Court Reporter Mary Snider has been ordered to correct the passage at issue to read:

In all of your cases, I accept your pleas and I find you guilty. In all but the state jail felony case, I assess your punishment at five years' confinement in the Institutional Division, and in the aggravated assault cases, I make affirmative finding you used a deadly weapon, to-wit: an automobile. In the state jail felony case, I assess your punishment at two years' confinement in the state jail;

(3) Snider has requested fourteen day to file a supplemental reporter's record; and (4) the trial court recommends granting Snider fourteen days to file the supplemental reporter's record.

We **ORDER** Official Court Reporter Mary Snider to file the supplemental reporter's record within **FOURTEEN DAYS** of the date of this order.

In our order of April 1, 2016, we noted that the clerk's record in cause no. 05-15-00931-CR (trial court cause no. F14-55133-T) filed on October 30, 2015 was a duplicate of the clerk's record filed in cause no. 05-15-00930-CR. We directed the Clerk to strike the clerk's record filed in cause no. 05-15-00931-CR and we ordered the Dallas County District Clerk to file, within fourteen days, a clerk's record containing the correct clerk's record for cause no. 05-15-00931-CR. To date, the Dallas County District Clerk has not complied with the Court's April 1, 2016 order.

We **ORDER** Dallas County District Clerk Felicia Pitre to file, within **FOURTEEN DAYS** of the date of this order, the clerk's record for cause no. 05-15-00931-CR.

We **DIRECT** the Clerk to send copies of this order to the Honorable Rick Magnis, Presiding Judge, 283rd Judicial District Court; Felicia Pitre, Dallas County District Clerk; Official Court Reporter Mary Snider; and to counsel for all parties.


/s/     LANA MYERS
         JUSTICE